# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **MedCerts, LLC,**<br>　　*Plaintiff* | § § § | |
| v. | § § | Case No. 1:25-cv-00168-DAE |
| **Health Tech Academy, Shamsah Noorani,**<br>**EdTech Ventures, and Ed Sattar,**<br>　　*Defendants* | § § § § | |

## REPORT OF MEDIATOR AND ORDER
## FOR CLOSING DOCUMENTS

**TO:**  THE HONORABLE DAVID A. EZRA
　　　　UNITED STATES DISTRICT JUDGE

　　This is to report that after a mediation on September 17, 2025, the parties reached a settlement of all claims between them. The agreement contemplates that the parties will draft and execute a formal settlement agreement, and present a proposed final judgment to the Court.

　　**IT IS ORDERED** that closing documents (a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41 signed by counsel for both parties) shall be filed by **October 17, 2025**. If no closing documents are filed, the Court may order dismissal of this action without further notice.

　　The Clerk is directed to serve a copy of this report and order on all parties.

　　**SIGNED** on September 17, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1